Zachary M. Schwartz, Esq. (SBN 286498)
Email: zachary.schwartz@knchlaw.com
Amanda B. Peterson, Esq. (SBN 333139)
Email: amanda.peterson@knchlaw.com
Koeller, Nebeker, Carlson & Haluck, LLP
3 Park Plaza, Suite 1500
Irvine, CA 92614-8558
949-864-3400; fax: 949-864-9000

Attorneys for Defendants
COUNTY OF ORANGE,
SHERIFF HUTCHENS,
DEPUTY AMBER GARCIA,
DEPUTY TRUC NGUYEN,
DEPUTY KENNETH DEMAURO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA FORSTER,<br><br>    Plaintiff,<br><br>v.<br><br>ORANGE COUNTY; SHERIFF S. HUTCHENS, DEPUTY A. GARCIA; DEPUTY K. DEMAURO, DEPUTY T. NGUYEN,<br><br>    Defendants. | Case No.: 8:18-CV-01551-SB-JEM<br>Assigned for All Purposes to:<br>Judge Stanley Blumenfeld Jr.,<br>Crt Rm. 6C<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Date: 8/30/18<br>Trial Date:   N/A |

**TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff JOSHUA FORSTER and Defendants COUNTY OF ORANGE, SHERIFF HUTCHENS, DEPUTY AMBER GARCIA, DEPUTY TRUC NGUYEN, and DEPUTY KENNETH DEMAURO (collectively "Parties") have reached a mediated settlement of this matter. The Parties confirmed that a settlement had been reached on the record in Court at the

November 29, 2022 Status Conference. The Court inquired specifically to Plaintiff Joshua Forster regarding his acceptance and understanding of the terms of the settlement, which Plaintiff confirmed. The Court directed counsel for Defendants to file this Notice of Settlement. The Parties will commence finalizing the terms of the settlement and signing of a Settlement and Release Agreement. Once the settlement funds have been disbursed, the Parties will file a Stipulation for Dismissal.

DATED: November 29, 2022         Koeller, Nebeker, Carlson & Haluck, LLP

/s/ *Zachary M. Schwartz*

Zachary M. Schwartz, Esq.
Amanda B. Peterson, Esq.
Attorneys for Defendants,
COUNTY OF ORANGE,
DEPUTY AMBER GARCIA,
DEPUTY TRUC NGUYEN,
DEPUTY KENNETH DEMAURO